656 A.2d 1266

IN THE MATTER OF GARY LESSER, AN ATTORNEY AT LAW.

May 11, 1995.

## ORDER

The Disciplinary Review Board having filed a report with the Court on April 6, 1995, recommending that **GARY LESSER** of **BUDD LAKE,** who was admitted to the bar of this State in 1969, be suspended from the practice of law for a period of one year for misconduct including gross neglect, in violation of *RPC* 1.1(a); lack of diligence, in violation of *RPC* 1.3; failure to communicate, in violation of *RPC* 1.4; dishonesty, fraud, deceit or misrepresentation, in violation of *RPC* 8.4(c); and failure to cooperate with the ethics authorities, in violation of *RPC* 8.1(b);

And the Disciplinary Review Board further recommending that the suspension be consecutive to the three-month suspension of respondent effective March 1, 1995, ordered by the Court on February 7, 1995, and that on reinstatement respondent practice under the supervision of a practicing attorney for a period of two years;

And good cause appearing;

It is ORDERED that **GARY LESSER** is suspended from the practice of law for a period of one year, effective on the expiration of the three-month suspension ordered by the Court on February 7, 1995, and until further Order of the Court; and it is further

ORDERED that on reinstatement respondent practice under the supervision of a practicing attorney approved by the Office of Attorney Ethics; and it is further

ORDERED that the Decision and Recommendation of the Disciplinary Review Board, together with this Order and the full record of the matter, be added as a permanent part of the file of

said **GARY LESSER** as an attorney at law of the State of New Jersey;  and it is further

ORDERED that **GARY LESSER** be and hereby is restrained and enjoined from practicing law during the period of his suspension;  and it is further

ORDERED that respondent comply with *Rule* 1:20–20 dealing with suspended, disbarred or resigned attorney;  and it is further

ORDERED that **GARY LESSER** reimburse the Disciplinary Oversight Committee for appropriate administrative costs.